IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHLEEN WALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-735-GPM |
| | ) |
| THE CITY OF BELLEVILLE, | ) |
| | ) |
| Defendant. | ) |

## AMENDED JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to Order filed on February 22, 2006 (*see* Doc. 14), all claims against Defendant Lieutenant David Ellis and all claims for the intentional infliction of emotional distress (Count 2) are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Memorandum and Order filed on January 16, 2007, Plaintiff shall take nothing, and all claims for sex discrimination and harassment are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant is awarded its costs.

**DATED**:  1/16/2007

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE